JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DUNNE, ET AL., | Case No. 2:18-cv-09728-MWF(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| THAHESHA JUSINO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment be entered dismissing the "Petition for Relief in the Nature of Mandamus" and this action without prejudice.

IT IS SO ADJUDGED.

DATED: September 10, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE