UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 18-09728-MWF (AYPx)**          **Date:  June 18, 2026**
Title:     William Dunne, et al. v. C. L. Swain

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

       Deputy Clerk:                           Court Reporter:
       Rita Sanchez                            Not Reported

       Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:
       None Present                             None Present

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE FOR FAILURE TO
                                     PROSECUTE

On April 3, 2026, the Court ordered Petitioner William Dunne to file a First
Amended Petition/Complaint by no later than May 29, 2026.  (*See generally* Docket
No. 117).  As of June 18, 2026, Mr. Dunne has failed to file an amended pleading or
otherwise indicate an intent to continue prosecuting this action.

Accordingly, Mr. Dunne is **ORDERED TO SHOW CAUSE** ("OSC"), in
writing, by no later than **July 24, 2026**, as to why this action should not be dismissed
for failure to comply with the Court's order and/or failure to prosecute.  *See* Fed. R.
Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962) (noting that the
district court's authority to dismiss for lack of prosecution is necessary to prevent
undue delays in the disposition of pending cases and avoid congestion in district court
calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that the
district court may dismiss action for failure to comply with any court order).  The OSC
may be discharged by the filing of an amended pleading.

*Mr. Dunne is warned that failure to respond to the OSC by July 24, 2026, will
result in dismissal of this action.*

IT IS SO ORDERED.