JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV 18-09728-MWF (AYPx)** **Date: July 27, 2026**

Title: William Dunne, et al. v. C. L. Swain

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:
Rita Sanchez

Court Reporter:
Not Reported

Attorneys Present for Plaintiffs:
None Present

Attorneys Present for Defendants:
None Present

**Proceedings (In Chambers):** ORDER DISMISSING ACTION; ENTRY OF JUDGMENT

On April 3, 2026, the Court ordered Petitioner William Dunne to file a First Amended Petition/Complaint by no later than May 29, 2026. (*See generally* Docket No. 117). Mr. Dunne did not file an amended pleading, so the Court issued an Order to Show Cause (the "OSC") on June 18, 2026. (Docket No. 120). In the OSC, the Court ordered Mr. Dunne to respond in writing by July 24, 2026, and explain why this action should not be dismissed for failure to comply with the Court's order and/or for failure to prosecute. (*Id.*). The Court specifically warned Mr. Dunne that failure to timely respond to the OSC "will result in dismissal of this action." (*Id.*).

As of July 27, 2026, Mr. Dunne has failed to respond to the OSC. This failure combined with his failure to file an amended pleading warrants dismissal under Federal Rule of Civil Procedure 41(b). Pursuant to Rule 41(b), "[i]n determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, the Court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants / respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits." *Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002); *see also Yourish v. Cal. Amplifier*, 191 F.3d 983, 989–92 (9th Cir. 1999) (explaining factors supporting dismissal with prejudice for failure to prosecute).

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV 18-09728-MWF (AYPx)** **Date: July 27, 2026**

Title: William Dunne, et al. v. C. L. Swain

Here, the Court concludes that the *Pagtalunan* factors weigh in favor of dismissal of this action. Mr. Dunne's failure to act hampers expeditious resolution of the litigation, prejudices Respondent, and inhibits the Court's ability to manage its docket. The Court specifically warned Mr. Dunne that failure to timely comply with the Court's orders would, without further warning, result in dismissal of the entire action without prejudice.

Accordingly, this action is **DISMISSED *without prejudice*** for lack of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962).

IT IS SO ORDERED.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.